**ORIGINAL FILED**

MAY 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Alexander H. Lubarsky (CA Bar # 182691)
2  Community Legal Centers
3  P. O. Box 605
   San Mateo, CA 94401
4  Telephone: (415) 370-7893
   Fax: (650) 344-8305
5
6  Attorney for Petitioner

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Lei Tang, | ) EMC |
|     Petitioner, | ) Case No. |
| v. | ) **C 07 2650** |
| Alberto Gonzales, United States Attorney General; | ) USCIS Agency No. A70-809-660 |
| Michael Chertoff, Secretary of the Department of Homeland Security; | ) |
| Emilio Gonzalez, Director of United States Citizenship and Immigration Services (USCIS); | ) |
| Rosemary Melville, Director of USCIS San Francisco District Office; | ) |
| Rober S. Mueller, Director of the Federal Bureau of Investigation (FBI), | ) |
|     Respondents. | ) |

E-filing

**PETITION FOR HEARING ON NATURALIZATION APPLICATION**
**PURSUANT TO 8 U.S.C. § 1447(b)**

## I.   INTRODUCTION

Petitioner, Lei Tang (Alien Registration Number 070-809-660), respectfully petitions this court pursuant to 8 U.S.C. § 1447(b) to conduct a hearing on his application for naturalization for which the San Francisco Office of USCIS has delayed adjudication and failed to make a decision within the statutorily mandated period of 120 days from the initial naturalization interview.

## II.   JURISDICTION

Under Section 336(b) of the Immigration and Nationality Act, if the agency fails to make a decision on an application for naturalization within 120 days after the initial examination scheduled under 8 U.S.C. § 1446, "the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter." 8 U.S.C. § 1447(b). In such a case, the district court acquires "jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b). As the Ninth Circuit explained in *United States v. Hovsepian*, 359 F.3d 1144, 1161 (9th Cir. 2004) (en banc), "8 U.S.C. § 1447(b) requires the INS to make a decision regarding a naturalization application within 120 days of the INS's initial interview of the applicant." The consequence of the agency's failure to make such a decision in a timely manner is that "the district court gains jurisdiction over the matter (upon the applicant's request) until the district court decides the case or exercises its discretion to remand the matter to the INS." *Id.* In addition, the Ninth Circuit emphasized that when an applicant asks the district court to adjudicate his naturalization application, the court acquires exclusive jurisdiction over his application and the agency loses such jurisdiction. *Id* at 1162. ("Under § 1447(b), the court has the last word by exercising exclusive jurisdiction over those naturalization applications on which the

INS has failed to act in a timely fashion.") In other words, even if the agency makes a decision on the application after the district court acquired jurisdiction over it, such a decision will have no legal effect.[1]

Petitioner's initial naturalization interview was conducted on February 23, 2006. USCIS failed make a decision on petitioner's naturalization application within 120 days after that interview. Therefore, this court has jurisdiction over Petitioner's application for naturalization. After this petition is properly filed with this Court, USCIS loses any authority over Petitioner's application and this Court "has the last word by exercising exclusive jurisdiction" over Petitioner's application because USCIS "has failed to act in a timely fashion." *Hovsepian*, 359 F.3d at 1162.

### III.  VENUE

Pursuant to 8 U.S.C. § 1447(b), venue is proper in this case as this is the United States District Court for the district where the Petitioner resides.

### IV.  INTRADISTRICT ASSIGNMENT

This matter should be assigned to the San Francisco division of this Court because a substantial portion of the events giving rise to this claim occurred in San Francisco, California, where the USCIS District Office is located.

---

[1] See *Hovsepian*, 359 F.3d at 1163 ("allowing the INS to retain jurisdiction over a naturalization application even after the INS fails to act will frustrate Congress' intent to require the INS to make a determination within 120 days of an applicant's examination."); see also *Castracani v. Chertoff*, 377 F. Supp.2d 71 (D.D.C. 2005) (district court refused to dismiss the applicant's claim as moot when the agency approved his naturalization application after the court acquired jurisdiction over the application because the district court had "the sole authority to grant Castracani's requested relief -- the approval of his naturalization application.")

## V. PARTIES

Petitioner is Lei Tang (Alien Registration Number A070-809-660), a naturalization applicant. He is a resident of San Francisco, California.

Respondents are the Attorney General of the United States, and the agencies of the United States government involved in the acts challenged in this petition, as well as their officers.

## VI. STANDARD OF REVIEW

Under the Ninth Circuit precedent, this Court has power to conduct a *de novo* hearing on Petitioner's naturalization application. *Hovsepian*, 359 F.3d. at 1163. The *Hovsepian* court compared 8 U.S.C. § 1421(c) requiring the district court to conduct a *de novo* hearing after USCIS denies a naturalization application with 8 U.S.C. § 1447(b) and concluded that "the district court's powers of investigation should be the same under each statutory provision" and that "[i]t makes little sense to require the district court to undertake a de novo inquiry after the INS has made a full investigation and arrived at a reasoned decision, but to bar a de novo hearing when the INS has not issued a decision and likely has not concluded its investigation." *Id.*

Thus, under *Hovsepian*, this Court has power to hold a *de novo* hearing on Petitioner's naturalization application and to determine Petitioner's eligibility to become a United States citizen.

## VII. STATEMENT OF FACTS

Petitioner applied for United States citizenship by filing an N-400 application with Respondent, United States Citizenship and Immigration Services (USCIS) on October 11, 2005.

On February 23, 2006, Petitioner was interviewed by a USCIS officer in connection with his naturalization application. Petitioner's N-400 application remains unadjudicated.

After his naturalization interview, Petitioner inquired into the status of his naturalization application multiple times. In response to his inquiries, Respondent USCIS notified him that his N-400 remained pending "for the completion of all necessary background checks." Please see **Exhibit C** with copies of USCIS responses to Petitioners' inquires.

Petitioner contends that he has been a person of good moral character within the requisite period of five years and qualifies for United States citizenship in all other respects. Petitioner is attached to the principles of the United States Constitution and is willing to bear arms on behalf of the United States or to perform other non-combat service in the United States Armed Forces, or other civilian work of national importance.

### VIII.   INJURY TO PETITIONER

As a result of the Respondents' failure to timely complete all the background checks and to make a decision on Petitioner's application for naturalization within the statutorily required 120-day period after the initial naturalization interview, Petitioner has suffered, is suffering, and will continue to suffer irreparable harm. He has been deprived of the substantial and unique benefits of citizenship, including protection of the laws of the United States equal to that accorded to United States citizens; political rights including the right to vote; employment opportunities available to United States citizens; freedom of movement and travel; the right to obtain a United States passport; the protection of the United States government when outside of the United States; and the right to transmit nationality to children. He has been subjected to the fear, despair, and uncertainty engendered by the inability to obtain citizenship, including the inability

to travel and to carry out necessary activities out of concern that he will miss a swearing-in ceremony; and the inability to file visa petitions for immediate relatives as a United States citizen.

### IX. REQUEST FOR RELIEF

Petitioner respectfully requests that this Court:

1. Assume jurisdiction over this matter and hold a hearing over Petitioner's naturalization application pursuant to Section 336(b) of the Immigration and Nationality Act, 8 U.S.C. § 1447(b).

2. Order Respondents to show cause why Petitioner's application for naturalization should not be granted.

3. Conduct a *de novo* review of Petitioner's application for naturalization as authorized by *Hovsepian*, 359 F.3d. at 1163, and determine whether Petitioner's application for naturalization should be approved.

4. If this court finds that Petitioner is eligible for naturalization and approves his naturalization application, administer the Oath of Allegiance to Petitioner.

5. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, award Petitioner costs and attorney fees if Petitioner prevails in this action.

Dated: May 15, 2007                   Respectfully Submitted,

                                      Alexander H. Lubarsky,
                                      Attorney for Petitioner.

## EXHIBITS

EXHIBIT A – Copy of an N-400 Receipt Notice issued by USCIS;

EXHIBIT B – Copy of an N-400 Biometrics Notice issued by USCIS with a biometrics stamp on it;

EXHIBIT C – Copies of three responses made by USCIS in regard to Petitioner's case status inquiries.

# THE UNITED STATES OF AMERICA

| Receipt | | | | NOTICE DATE |
|---|---|---|---|---|
| CASE TYPE | | | | October 27, 2005 |
| N400  Application For Naturalization | | | | INS A# |
| APPLICATION NUMBER | RECEIVED DATE | | PRIORITY DATE | A 070 809 660 |
| WSC*001396066 | October 11, 2005 | | October 11, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

LEI TANG
c/o MARCH KUOCH
166 BEVERLY ST
SAN FRANCISCO CA  94132

PAYMENT INFORMATION:

Single Application Fee: $390.00
Total Amount Received: $390.00
Total Balance Due: $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: October 22, 1967
Address Where You Live: 1035 CAPITOL AVE
SAN FRANCISCO CA 94112

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

WSC$001498731



## THE UNITED STATES OF AMERICA

| Fingerprint Notification | 1-800-375-5283 | NOTICE DATE |
| --- | --- | --- |
| CASE TYPE | | November 14, 2005 |
| N400 Application For Naturalization | | INS A# |
| APPLICATION NUMBER | RECEIVED DATE / PRIORITY DATE | A 070 809 660 |
| WSC*001396066 | BIOMETRICS PROCESSING STAMP October 11, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

LEI TANG
c/o MARCH KUOCH
166 BEVERLY ST
SAN FRANCISCO CA 94132

ASC SITE CODE: XT
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON NOV 25 2005

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| INS SAN FRANCISCO | 11/25/2005 |
| 250 BROADWAY STREET | 02:00 PM |
| SAN FRANCISCO CA 94111 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.   APPLICANT COPY

APPLICATION NUMBER
WSC*001396066

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

LEI TANG  
C/O MARCH KUOCH  
166 BEVERLY STREET  
SAN FRANCISCO, CA  94132

File No. A 70 809 660  
App Id:  
Date: 12/29/06  
Officer:

Re: Pending N-400 for Background Check for

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services  
    630 Sansome Street  
    San Francisco CA 94111

**U.S. Department of Homeland Security**
San Francisco, CA 94111



**U.S. Citizenship and Immigration Services**

LEI TANG
C/O  MARCH KUOCH
166 BEVERLY ST
SAN FRANCISCO CA 94132

File No. A070809660
App Id: WSC*001396066
Date: 07/10/2006
Officer: SHRESTHA

Re: Pending N-400 for Background Check

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed. Please refer to the attached Immigration Fact Sheet for additional information on the importance of security background checks.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

*received on May 25 '06 mail.*

LEI TANG

C/O MARCH KUOCH

166 BEVERLY ST

SAN FRANCISCO, CA 94132

A70 809 660

App Id:

05/22/2006

Officer:

Re: Pending N-400 for Background Check

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed. Please refer to the attached Immigration Fact Sheet for additional information on the importance of security background checks.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

www.dhs.gov