Alexander H. Lubarsky (CA Bar # 182691)

Community Legal Centers
P. O. Box 605
San Mateo, CA 94401
Telephone: (415) 370-7893
Fax: (650) 344-8305

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lei Tang, | ) |
|        Petitioner, | )   Case No. C07-02650 EMC |
|   v. | ) |
| Alberto Gonzales, United States Attorney General; | )   USCIS Agency No. A70-809-660 |
| Michael Chertoff, Secretary of the Department of | ) |
| Homeland Security; | ) |
| Emilio Gonzalez, Director of United States | ) |
| Citizenship and Immigration Services (USCIS); | ) |
| Rosemary Melville, Director of USCIS | ) |
| San Francisco District Office; | ) |
| Robert S. Mueller, Director of the Federal Bureau | ) |
| of Investigation (FBI), | ) |
|        Respondents. | ) |

**CERTIFICATE OF SERVICE**

I, Yevgeniy Chechenin, the undersigned, hereby declare:

I am over eighteen years of age and not a party to the above action.

On May 29, 2007, I served a true copy of the following:

1) SUMMONS IN CIVIL CASE NUMBER C07-02650 EMC;

2) PETITION FOR HEARING ON NATURALIZATION APPLICATION PURSUANT TO 8 U.S.C. 1447(b);

3) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

4) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

5) STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;

6) ECF REGISTRATION INFORMATION HANDOUT

on each person/agency listed below addressed as follows:

1. **By USPS First Class Certified Mail**
Civil Process Clerk
United States Attorney's Office
450 Golden Gate Ave. 11th floor
San Francisco, CA 94102

2. **By USPS First Class Certified Mail**
Alberto Gonzales, United States Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

3. **By USPS First Class Certified Mail**
Michael Chertoff, Secretary
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

4. **By USPS First Class Certified Mail**
Emilio Gonzalez, Director
U.S. Citizenship and Immigration Services
425 Eye Street, NW
Washington, DC 20536

5. **By USPS First Class Certified Mail**
Rosemary Melville, Director
USCIS San Francisco District Office
630 Sansome St.
San Francisco, CA 94111

6. **By USPS First Class Certified Mail**
Robert Mueller, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2007.

_____

Yevgeniy Chechenin
Community Legal Centers
P.O. Box 605
San Mateo, CA 94401