| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Respondentd

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 LEI TANG,                              )
                                          ) No. C 07-2650 EMC
13            Petitioner,                 )
                                          )
14      v.                                )
                                          ) **PARTIES' CONSENT TO MAGISTRATE**
15 ALBERTO GONZALES, United States        ) **JUDGE JURISDICTION**
   Attorney General;                      )
16 MICHAEL CHERTOFF, Secretary of the     )
   Department of Homeland Security;       )
17 EMILIO GONZALEZ, Director of United States )
   Citizenship and Immigration Services (USCIS); )
18 ROSEMARY MELVILLE, Director of USCIS   )
   San Francisco District Office;         )
19 ROBERT S. MUELLER, Director of the     )
   Federal Bureau of Investigation (FBI), )
20                                        )
              Respondentd.                )
21 _____)

22

23      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Petitioner

24 and the Respondents in this case hereby voluntarily consent to have a United States Magistrate

25 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

26 final judgment.

27 ///

28 ///

Consent to Magistrate Jurisdiction
C07-2650 EMC                                    1

| | | |
|---|---|---|
| 1 | Date: July 30, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Respondents |
| 8 | Date: July 30, 2007 | _____/s/_____<br>ALEXANDER H. LUBARSKY<br>Attorney for Petitioner |

Consent to Magistrate Jurisdiction
C07-2650 EMC                                    2