SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEI TANG,<br><br>    Petitioner,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS);<br>ROSEMARY MELVILLE, Director of USCIS San Francisco District Office;<br>ROBERT S. MUELLER, Director of the Federal Bureau of Investigation (FBI),<br><br>    Respondents. | No. C 07-2650 EMC<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

   The petitioner, by and through his attorney of record, and respondents by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Petitioner filed this action on or about May 18, 2007. Respondents' answer is currently due on July 27, 2007.

   2. Pursuant to this Court's May 18, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on August 15, 2007, and attend a case management conference on August 22, 2007.

3. In order to allow sufficient time for Respondents to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Respondents' Answer: | August 27, 2007 |
| Last day to file Joint ADR Certification: | September 5, 2007 |
| Last day to file/serve Joint Case Management Statement: | September 19, 2007 |
| Case Management Conference: | September 26, 2007, at 1:30 p.m. |

Date: July 30, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                        /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Respondents



                                        /s/
Date: July 30, 2007                     ALEXANDER H. LUBARSKY
                                        Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    August 1, 2007

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA