1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Respondents

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 LEI TANG,                              )
                                          ) No. C 07-2650 EMC
13         Petitioner,                    )
                                          )
14     v.                                 )
                                          ) **STIPULATION TO DISMISS**
15 ALBERTO GONZALES, United States        ) **and [PROPOSED] ORDER**
   Attorney General;                      )
16 MICHAEL CHERTOFF, Secretary of the     )
   Department of Homeland Security;       )
17 EMILIO GONZALEZ, Director of United States )
   Citizenship and Immigration Services (USCIS); )
18 ROSEMARY MELVILLE, Director of USCIS   )
   San Francisco District Office;         )
19 ROBERT S. MUELLER, Director of the     )
   Federal Bureau of Investigation (FBI), )
20                                        )
           Respondents.                   )
21 _____)

22     Petitioner, by and through his attorney of record, and Respondents, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

24 entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to adjudicate petitioner's application for naturalization and

26 agrees to adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stip. to Dismiss
C07-2650 EMC                                1

1 | Date: August 6, 2007        Respectfully submitted,

2        SCOTT N. SCHOOLS
United States Attorney

3

4        /s/
EDWARD A. OLSEN
Assistant United States Attorney
5        Attorneys for Respondents

6

7

8 | Date: August 6, 2007        /s/
ALEXANDER H. LUBARSKY
Attorney for Petitioner

9

10        **ORDER**

11     Pursuant to stipulation, IT IS SO ORDERED.

12

13 | Date:        EDWARD M. CHEN
United States Magistrate Judge

Stip. to Dismiss
C07-2650 EMC        2