| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LEI TANG, | ) | |
| | ) | No. C 07-2650 EMC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS** |
| ALBERTO GONZALES, United States | ) | and [PROPOSED] ORDER |
| Attorney General; | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director of United States | ) | |
| Citizenship and Immigration Services (USCIS); | ) | |
| ROSEMARY MELVILLE, Director of USCIS | ) | |
| San Francisco District Office; | ) | |
| ROBERT S. MUELLER, Director of the | ) | |
| Federal Bureau of Investigation (FBI), | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate petitioner's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C07-2650 EMC                                    1

Date: August 6, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: August 6, 2007          _____/s/_____
ALEXANDER H. LUBARSKY
Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 8, 2007
_____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Stip. to Dismiss
C07-2650 EMC                    2